```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN B. WAGNER
    ANNE E. PINGS
 3  Assistant U.S. Attorneys
    501 "I" Street, 10th Floor
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
```

FILED

AUG 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In Re: Search of | ) 2:06-SW-0208 DAD |
|---|---|
|  | ) Misc. No. |
| [SEALED] | ) |
|  | ) SEALING ORDER |
|  | ) |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the application for search warrant and affidavit in support thereof in the above referenced matter shall be sealed until the first arrest of a defendant identified therein, or until further order of the Court.

DATED: August 14, 2006

_____
DALE A DROZD
United States Magistrate Judge